Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

Plaintiff,

vs.

Marcia Robinson, et al.,

Defendants.

CASE NO. CV 09-2532 VRW

STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR, and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, d/b/a PAT'S SPORTS BAR and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR, that the above-entitled action is hereby dismissed **without prejudice** against MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 23, 2009

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 12/8/09

SUNDEEN SALINAS & PYLE
By: Ruben Sundeen
Attorneys for Defendants
MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR and
THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a Pat's Sports Bar

IT IS SO ORDERED:



Dated: 1/14/2010

The Honorable Vaughn R. Walker
United States District Judge
Northern District of California

STIPULATION OF DISMISSAL
CV 09-2532 VRW
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 23, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR, and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Ruben Sundeen, Esquire          Attorneys for Defendants
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 23, 2009, at South Pasadena, California.

Dated: November 23, 2009

_____
INESA MAMIDJANYAN