1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 09-2532 VRW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR, and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR |
| vs. | |
| Marcia Robinson, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, d/b/a PAT'S SPORTS BAR and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR, that the above-entitled action is hereby dismissed **without prejudice** against MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

1  **IT IS FURTHER STIPULATED** that provided no Party referenced above has
2  filed a motion to reopen this action by January 1, 2010, this Court shall *not* have
3  jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with**
4  **prejudice**.
5
6  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
7  Each Party referenced-above shall bear its own attorneys' fees and costs.
8
9
10  Dated: November 23, 2009
11  LAW OFFICES OF THOMAS P. RILEY, P.C.
12  By: Thomas P. Riley
    Attorneys for Plaintiff
13  J & J SPORTS PRODUCTIONS, INC.
14
15
16  Dated: 12/8/09
17  **SUNDEEN SALINAS & PYLE**
    By: Ruben Sundeen
18  Attorneys for Defendants
19  MARCIA ROBINSON a/k/a MARCIA
    LEVY ROBINSON, individually and
20  d/b/a PAT'S SPORTS BAR and
21  THE FAMILY INVESTMENT GROUP, INC.,
22  an unknown business entity d/b/a Pat's Sports Bar
23  IT IS SO ORDERED:
24
25
26                                                              Dated: 1/14/2010
27  The Honorable [...]
    United [...]
28  Northern District of California

*IT IS SO ORDERED — Judge Vaughn R Walker* (seal: United States District Court, Northern District of California)

STIPULATION OF DISMISSAL
CV 09-2532 VRW
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 23, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARCIA ROBINSON a/k/a MARCIA LEVY ROBINSON, individually and d/b/a PAT'S SPORTS BAR, and THE FAMILY INVESTMENT GROUP, INC., an unknown business entity d/b/a PAT'S SPORTS BAR**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Ruben Sundeen, Esquire          Attorneys for Defendants
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 23, 2009, at South Pasadena, California.

Dated: November 23, 2009

_/s/ Inesa Mamidjanyan_
INESA MAMIDJANYAN